AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Western District of Virginia

Stacy Shifflett

**SUMMONS IN A CIVIL CASE**

V.

RSI Enterprises, Inc.
and
Sarah Smith

CASE NUMBER: 3:04CV00012

TO: (Name and address of Defendant)

RSI Enterprises, Inc.
c/o CT Corporation Systems, Registered Agent
4701 Cox Road, Suite 301
Glen Allen, VA 23060

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A West Tabb Street
Petersburg, Virginia 23803
804-861-6000

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_[signature]_                                3-8-2004

CLERK                                         DATE

_[signature]_
(By) DEPUTY CLERK